| 1. Person Reporting (last name, first, middle initial)<br><br>Carney, Cormac J. | 2. Court or Organization<br><br>District Court - Central District of California | 3. Date of Report<br><br>04/21/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Ronald Reagan Federal Building<br>411 West Fourth Street<br>Santa Ana, California 92701-4516 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Dean's Council | Chapman Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Carney, Cormac J.**

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | April 21-23, 2010 | New York, New York | Speaker | Transportation, Meals, Hotel |
| 2. | American Bar Association | August 6-10, 2010 | San Francisco, CA | Speaker | Transportation, Meals, Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 2. Wells Fargo Bank Account (Y) | | | | | | | | | |
| 3. Wells Fargo CD (Y) | | | | | | | | | |
| 4. Home Savings CD | A | Interest | K | T | | | | | |
| 5. Home Savings Account | A | Interest | K | T | | | | | |
| 6. Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 7. Vanguard Health Fund | A | Dividend | J | T | | | | | |
| 8. Janus Twenty Fund | A | Dividend | L | T | | | | | |
| 9. Columbia Strategic Investor Fund | A | Dividend | K | T | | | | | |
| 10. Janus Global Technology | | None | J | T | | | | | |
| 11. American Century- Ultra | A | Dividend | K | T | | | | | |
| 12. County Deferred Comp. Plan - Stable Value Fund | A | Dividend | J | T | | | | | |
| 13. IRA Brokerage | D | Dividend | N | T | | | | | |
| 14. -Schwab Total Bond Fund - SWLBX | | | | | | | | | |
| 15. -Schwab Money Market Fund | | | | | | | | | |
| 16. -COST | | | | | | | | | |
| 17. -Clipper Fund CFIMX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -HD | | | | | | | | | |
| 19.  -MRK | | | | | | | | | |
| 20.  -BRKB | | | | | | | | | |
| 21.  -TGT | | | | | | | | | |
| 22.  -P&G | | | | | | | | | |
| 23.  -Meridian Growth Fund- MERDX | | | | | | | | | |
| 24.  -Schwab 1000 Index Fund - SNXSX | | | | | | | | | |
| 25.  -Schwab Intl Index Fund - SWINX | | | | | | | | | |
| 26.  -Tweedy Browne Global Value Fund - TBGVX | | | | | | | | | |
| 27.  -Vanguard Small Cap Index Fund - NAESX | | | | | | | | | |
| 28.  401(k) | | None | K | T | | | | | |
| 29.  -Davis NY Venture - NYVRX | | | | | | | | | |
| 30.  -JP Morgan Smart Retirement 2020 Select | | | | | | | | | |
| 31.  Brokerage Account | | | | | | | | | |
| 32.  -American Funds - Balanced | A | Dividend | J | T | | | | | |
| 33.  -Capital Income Bldr FD - CIBCX | A | Dividend | J | T | | | | | |
| 34.  -American Funds Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -(Investco) Van Kampen Equity Small Caps | A | Dividend | J | T | | | | | |
| 36. -Washington Mutual Investors Fund - WSHCX | A | Dividend | J | T | | | | | |
| 37. -American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 38. --Putnam CA Tax Exempt Income FD - CLC | B | Int./Div. | L | T | | | | | |
| 39. IRA Rollover | A | Dividend | K | T | | | | | |
| 40. -Growth FD Amer Inc - GFACX | | | | | | | | | |
| 41. -Franklin Rising Dividends - FRDTX | | | | | | | | | |
| 42. -Allianz NFJ Small Cap - PCVCX | | | | | | | | | |
| 43. -Capital World Growth & Income - CWGCX | | | | | | | | | |
| 44. -Pimco Total Return - PTTCX | | | | | | | | | |
| 45. -Amer Balanced Fund - BALCX | | | | | | | | | |
| 46. -(Invesco) VK Global Franchise Fund - VGFCX | | | | | | | | | |
| 47. 529 Savings Plan #2 | A | Dividend | K | T | | | | | |
| 48. -American Funds - Growth Fund | | | | | | | | | |
| 49. -American Funds - New Perspective Fund | | | | | Sold (part) | 09/10/10 | J | A | |
| 50. | | | | | Sold (part) | 12/20/10 | J | A | |
| 51. -Washington Mutual Investors Fund | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value             V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -American Funds - Capital Income Builder | | | | | Sold (part) | 12/06/10 | J | A | |
| 53. | -American Funds - Balanced Fund | | | | | | | | | |
| 54. | -American Funds - Bond Fund | | | | | | | | | |
| 55. | 529 Savings Plan #3 | B | Dividend | K | T | | | | | |
| 56. | -American Funds - Growth Fund | | | | | | | | | |
| 57. | -American Funds - New Perspective Fund | | | | | | | | | |
| 58. | -Washington Mutual Investors Fund | | | | | | | | | |
| 59. | -American Funds - Capital Income Bilder | | | | | | | | | |
| 60. | -American Funds - Balanced Fund | | | | | | | | | |
| 61. | -American Funds - Bond Fund | | | | | | | | | |
| 62. | Variable Life Insurance | C | Dividend | M | T | | | | | |
| 63. | -NW Mutual - Mid Ca Grth Stock | | | | | | | | | |
| 64. | -NW Mutual Growth Stock Fund | | | | | | | | | |
| 65. | -NW Mutual Index 400 Stock Fund | | | | | | | | | |
| 66. | -NW Mutual Small Cap Growth Stock Fund | | | | | | | | | |
| 67. | -Russell Non-US Fund | | | | | | | | | |
| 68. | -Russell Real Estate Securities Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Small Cap Value | | | | | | | | | |
| 70. -Domestic Equity | | | | | | | | | |
| 71. Inherited IRA (X) | C | Distribution | M | T | | | | | |
| 72. -JPM | | | | | Buy | 10/14/10 | K | | |
| 73. -FDFFX | | | | | Buy | 07/28/10 | K | | |
| 74. -PRPFX | | | | | Buy | 10/29/10 | L | | |
| 75. -FDRXY | | | | | Buy | 07/28/10 | J | | |
| 76. JP Morgan - Intrepid Mid Cap Fund | A | Dividend | | | Sold | 01/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII: Item 30: The Plan's trustees replaced Fidelity Advisor Freedom 2020 with JP Morgan Smart Retirement 2020 Select.

2. Part VII: Item 76: This fund was inherited and sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/21/2011 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cormac J. Carney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544